IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON L. GOLKA, | ) | |
| | ) | |
| Petitioner, | ) | 4:11CV3078 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon petitioner's motion for thirty day extension to file a reply brief to respondent's answer (Filing No. 15).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; petitioner shall have until December 24, 2011, to file a reply brief in response to respondent's answer.

DATED this 18th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court