IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JASON L. GOLKA,                )
                               )
          Petitioner,          )       4:11CV3078
                               )
     v.                        )
                               )
ROBERT HOUSTON,                )       ORDER
                               )
          Respondent.          )
_____)
```

This matter is before the Court on the motion to withdraw petitioner's reply brief (Filing No. 19).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; Filing No. 18 is deemed withdrawn.

DATED this 5th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court