IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON L. GOLKA, | ) | |
| | ) | |
| Petitioner, | ) | 4:11CV3078 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon petitioner's motion to extend brief deadline (Filing No. 24). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; petitioner shall have until January 27, 2012, to file a reply brief in response to respondent's answer.

DATED this 22nd day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court