IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON L. GOLKA, | ) | |
| | ) | |
| Petitioner, | ) | 4:11CV3078 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon petitioner's motion to amend petition (Filing No. 26).  The Court notes no objection had been filed and finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; petitioner shall have until February 17, 2012, to file an amended petition.

DATED this 2nd day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court