IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON L. GOLKA, | ) | |
| | ) | |
| Petitioner, | ) | 4:11CV3078 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon petitioner's motion for thirty day extension to file petitioner's reply brief (Filing No. 31).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; petitioner shall have until February 29, 2012, to file a reply brief.

DATED this 2nd day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court