IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON L. GOLKA, | ) | 4:11CV3078 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | **)** | **ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 35, (1DVD) be returned to Stacy M. Foust, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

Dated April 1, 2013

                                BY THE COURT

                                *s/ Lyle E. Strom*
                                United States District Judge